IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00319–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MARCOS ANTHONY GRIEGO,
      a/k/a Marco Landez,
      a/k/a Marco Anthony Landez,
      a/k/a Marco Antonio Landez,
2. ESTER MAE TRUJILLO,
      a/k/a Ester Mae Herrera,

      Defendants.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **February 13, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is January 12, 2006.  All responses shall be filed by January 19, 2006.  A hearing on the motions, if necessary, is set for **January 26, 2006**, at 8:30 o'clock a.m.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 10:45 o'clock a.m. on Friday, **February 3, 2006**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, February 1, 2006.

Dated: December 16, 2005