# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00319-REB-01 |
| | USM Number:  33960-013 |
| MARCOS ANTHONY GRIEGO | Bruce I. Brown, CJA<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 11/30/09 |
| 2 | Possession and Use of a Controlled Substance | 12/01/09 |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 8, 2011
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

April 13, 2011
Date

DEFENDANT:  MARCOS ANTHONY GRIEGO
CASE NUMBER:  05-cr-00319-REB-01                                                  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 12/09/09 |
| 4 | Possession and Use of a Controlled Substance | 12/14/09 |
| 5 | Violation of the Law | 10/26/10 |

DEFENDANT:  MARCOS ANTHONY GRIEGO
CASE NUMBER:  05-cr-00319-REB-01                                                       Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, to be served consecutively to any previously imposed sentence in federal or state court, including, but not limited to, the sentence imposed by the District Court of El Paso County, Colorado, in Case No. 201CR2355.

The Court recommends that the Bureau of Prisons credit defendant with time spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal